# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JERMAINE TERRELL MILLER,

        Petitioner

        v.

39TH JUDICIAL DISTRICT - PA,
FRANKLIN COUNTY JAIL, FRANKLIN
COUNTY LEGAL SERVICES,

        Respondents

No. 121 MM 2015

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2015, the Petition for Writ of Mandamus is **DENIED**.